# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                          Chapter 13

                                          Bankruptcy No. 17-11571-ELF

CLEVAN MURRAY

1448 McKinley Street

Philadelphia, PA 19149

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    CLEVAN MURRAY

    1448 McKinley Street

    Philadelphia, PA 19149

Counsel for debtor(s), by electronic notice only.

    ERIK B JENSEN, P.C.
    1528 WALNUT ST
    SUITE 1401
    PHILA, PA 19102-

                                                  /S/ William C. Miller

Date: 8/3/2017                                  _____

                                                    William C. Miller, Esquire
                                                    Chapter 13 Standing Trustee