## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Clevan Murray
          Debtor

U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY), its successors and/or assigns
          Movant

vs.

Clevan Murray
          Respondent

CHAPTER 13

NO. 17-11571 ELF

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection of U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) to Confirmation of Chapter 13 Plan, which was filed with the Court on or about **July 28, 2017**. (Document No. 22).

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
Attorney for Movant
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

August 31, 2017