# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                : Chapter 13
                                      :
Clevan Murray                         : Bankruptcy No. 17-11571-elf

## CERTIFICATION OF NO OBJECTION TO APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ERIK B. JENSEN, ESQUIRE

I, Erik B. Jensen, Esq, Counsel for Debtor(s) in the above matter, do hereby certify that no response to the APPLICATION FOR COMPENSATION has been served upon me, nor have any other APPLICATIONS FOR ADMINISTRATIVE EXPENSES.

WHEREFORE, the Application is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Application, a copy of which was attached thereto.

Respectfully submitted,

DATE: September 4, 2017                /s/ Erik B. Jensen, Esq
                                       Jensen Bagnato, P.C..
                                       Attorney for the Debtor
                                       1500 Walnut Street, Suite 1920
                                       Philadelphia, PA 19102
                                       215-546-4700