United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-11571-elf
Clevan Murray                                                           Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD           Page 1 of 2              Date Rcvd: Nov 22, 2017
                              Form ID: pdf900          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2017.
db            +Clevan Murray,    1448 McKinley Street,    Philadelphia, PA 19149-2705
13878304      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13888163      +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                Attn: Bankruptcy Dept 3F
13952830      +Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,    Atty for U.S. Bank National Assoc,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Nov 23 2017 01:35:37      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 23 2017 01:35:10
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 23 2017 01:35:24      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Nov 23 2017 01:39:06      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13878303      +E-mail/Text: EBNProcessing@afni.com Nov 23 2017 01:35:20      Afni, Inc.,    Po Box 3097,
                Bloomington, IL 61702-3097
13974331       E-mail/Text: bankruptcy@phila.gov Nov 23 2017 01:35:37      City of Philadelphia,
                Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA  19102-1595
13952392       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 23 2017 01:39:08
                LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
                N.A.,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13942081       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 23 2017 01:44:46
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13878755      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 23 2017 01:45:01
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13878305      +E-mail/Text: blegal@phfa.org Nov 23 2017 01:35:17      Pa Housing Finance Age,    2101 N Front St,
                Harrisburg, PA 17110-1086
13878306      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 23 2017 01:44:52
                Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13950986      +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 23 2017 01:35:21      Premier Bankcard, Llc,
                c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13950987      +E-mail/Text: blegal@phfa.org Nov 23 2017 01:35:17      U.S. Bank National Association,
                c/o Pennsylvania Housing Finance Agency,    211 North Front Street,    Harrisburg, PA 17101-1406
13931042      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 23 2017 01:45:00      Verizon,
                by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 14

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2017 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Debtor Clevan  Murray akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2                   Date Rcvd: Nov 22, 2017
                              Form ID: pdf900             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                    TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                            :        Chapter 13
    CLEVAN MURRAY,                     :
           Debtor(s)                        :        Bky. No.   17-11571 ELF

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date:  **November 22, 2017**

_____
ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE